```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 64007
   FANITA TIPPEN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6047


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/15/2005 and was confirmed 04/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 08/23/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
EVERGREEN FINANCE CO     SECURED           5297.68          .00        2207.40
CITY OF CHICAGO DEPT REV PRIORITY         NOT FILED         .00            .00
ARNOLD SCOTT HARRIS      UNSECURED        NOT FILED         .00            .00
BENNETT & DELONEY        UNSECURED        NOT FILED         .00            .00
BLAKE MARION MD          UNSECURED        NOT FILED         .00            .00
CERLOGY ARC TPL          UNSECURED        NOT FILED         .00            .00
DEPT 128 CLIENT BROADVIE UNSECURED        NOT FILED         .00            .00
DUPAGE EMERGENCY PHYSICI UNSECURED        NOT FILED         .00            .00
DUPAGE RADIOLOGISTS      UNSECURED        NOT FILED         .00            .00
EASTERN COLLECTION CORP  UNSECURED        NOT FILED         .00            .00
EMPRESS CASINO HAMMOND   UNSECURED        NOT FILED         .00            .00
FINANCE SYSTEM OF TULEDO UNSECURED        NOT FILED         .00            .00
GAME CASH                UNSECURED        NOT FILED         .00            .00
GOGGINS & LAVINTMAN      UNSECURED        NOT FILED         .00            .00
GOTTLIEB MEMORIAL HOSPIT UNSECURED        NOT FILED         .00            .00
IW CHANG MD              UNSECURED        NOT FILED         .00            .00
LOYOLA UNIVERSITY HEALTH UNSECURED        NOT FILED         .00            .00
MCI COMMUNICATIONS       UNSECURED        NOT FILED         .00            .00
NATIONWIDE CREDIT        UNSECURED        NOT FILED         .00            .00
NATIONWIDE CREDIT        UNSECURED        NOT FILED         .00            .00
NCO FINANCIAL SYSTEMS    UNSECURED        NOT FILED         .00            .00
ONE IRON VENTURES INC    UNSECURED        NOT FILED         .00            .00
OXFORD MANAGEMENT SERV   UNSECURED        NOT FILED         .00            .00
PATHOLOGY CHP SC         UNSECURED        NOT FILED         .00            .00
PELLETTIERI & ASSOC      UNSECURED        NOT FILED         .00            .00
TRANSWORLD SYSTEMS       UNSECURED        NOT FILED         .00            .00
INTERNAL REVENUE SERVICE FILED LATE        1266.66          .00            .00
ADVOCATE GOOD SAMARITAN  UNSECURED        NOT FILED         .00            .00
AMERICASH LOANS LLC      UNSECURED         446.14           .00            .00
COMMUNITY HOSPITAL       UNSECURED        NOT FILED         .00            .00
COMMUNITY HOSPITAL       UNSECURED        NOT FILED         .00            .00
DEPT 128 CLIENT BROADVIE UNSECURED        NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 64007 FANITA TIPPEN
```

```
DUPAGE EMERGENCY PHYSICI  UNSECURED      NOT FILED             .00           .00
GEVALLIA KAFFE IMPORT SE  UNSECURED      NOT FILED             .00           .00
HEALTH CARE ASSOCIATES C  UNSECURED      NOT FILED             .00           .00
HINSDALE ORTHOPAEDIC ASS  UNSECURED      NOT FILED             .00           .00
I C COLLECTION SERVICE    UNSECURED      NOT FILED             .00           .00
GALWAY FINANCIAL SVC LLC  UNSECURED         305.00             .00           .00
IW CHANG MD               UNSECURED      NOT FILED             .00           .00
KETTERING MEDICAL CENTER  UNSECURED      NOT FILED             .00           .00
KEYSTONE ORTHODONTICS     UNSECURED      NOT FILED             .00           .00
KEYSTONE ORTHODONTICS     UNSECURED      NOT FILED             .00           .00
LAGRANGE MEMORIAL FED C   UNSECURED      NOT FILED             .00           .00
MARTIN HALL MD            UNSECURED      NOT FILED             .00           .00
MIDWEST ORTHOPEDIC        UNSECURED      NOT FILED             .00           .00
RICHARD KOMYATTE & ASSOC  UNSECURED      NOT FILED             .00           .00
SHORT TERM LOAN           UNSECURED      NOT FILED             .00           .00
MID AMERICA BANK          UNSECURED      NOT FILED             .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY     2,550.00                      2,038.82
TOM VAUGHN                TRUSTEE                                         232.78
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 4,479.00

PRIORITY                                          .00
SECURED                                      2,207.40
UNSECURED                                         .00
ADMINISTRATIVE                               2,038.82
TRUSTEE COMPENSATION                           232.78
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                  4,479.00              4,479.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 11/28/07             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE



                                PAGE   2
         CASE NO. 05 B 64007 FANITA TIPPEN